# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE G. CHOATE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KINGS COUNTY SHERIFF, et al.,<br><br>　　　　Defendants. | 1:19-cv-00473-LJO-SKO (PC)<br><br>**ORDER WITHDRAWING FINDINGS AND RECOMMENDATION TO DISMISS CASE AND DIRECTING PLAINTIFF TO RESPOND TO ORDER TO SHOW CAUSE**<br><br>(Docs. 10, 11)<br><br>21-DAY DEADLINE |

Plaintiff George G. Choate is proceeding *pro se* and *in forma pauperis* in this civil rights action. On July 30, 2019, the Court issued an order to show cause why this action should not be dismissed for Plaintiff's failure to exhaust administrative remedies prior to filing suit. (Doc. 10.) The Court ordered Plaintiff to file his response within 21 days and indicated that failure to comply would result in a recommendation that this action be dismissed for failure to obey a court order. (*Id.* at 2.)

On August 9, 2019, the United States Postal Service (USPS) returned the Court's order as undeliverable. More than two months passed without Plaintiff updating his address with the Court. Thus, on November 4, 2019, the Court issued findings and recommendations that this action be dismissed for failure to prosecute and for failure to exhaust administrative remedies. (Doc. 11.) The findings and recommendations were served on Plaintiff on November 6 and provided him 14 days to file objections thereto. (*Id.*)

On November 18, 2019, Plaintiff filed objections to the findings and recommendations. (Doc. 12.) In his objections, Plaintiff states that was "released from prison to … jail then let out a week later." (*Id.*) He further states that, upon release, he was homeless and lost his "paperwork regarding this lawsuit," and he had forgotten the Court's address. (*Id.*). Plaintiff states that he received "this paperwork" on November 8, 2019.[1] (*Id.*)

Based on the foregoing, the Court ORDERS:

1. The findings and recommendations issued on November 4, 2019, (Doc. 11), are WITHDRAWN,
2. The Clerk's Office is DIRECTED to send Plaintiff a copy of the order to show cause issued on July 30, 2019, (Doc. 10), and,
3. **Within 21 days** from the date of service of this order, Plaintiff **shall respond** to the order to show cause issued on July 30, 2019, (Doc. 10).

**If Plaintiff fails to timely respond to the order to show cause issued on July 30, 2019, the Court will recommend that this action be dismissed.**

IT IS SO ORDERED.

Dated:  **December 2, 2019**              /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff also filed a notice of change of address on November 20, 2019. (Doc. 14.)