UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE G. CHOATE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KINGS COUNTY SHERIFF, et al.,<br><br>　　　　　Defendants. | 1:19-cv-00473-LJO-SKO (PC)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>(Doc. 10) |

　　　　Plaintiff George G. Choate is proceeding *pro se* and *in forma pauperis* in this civil rights action. On July 30, 2019, the Court issued an order to show cause why this action should not be dismissed for Plaintiff's failure to exhaust administrative remedies prior to filing suit. (Doc. 10.) On December 2, 2019, the Court issued a second order directing Plaintiff to respond to the order to show cause. (Doc. 16.) Plaintiff filed a response on December 23, 2019. (Doc. 17.) Plaintiff states that he filed administrative grievances while in Kings County Jail, but never received a response. (*Id.*) Plaintiff provides documentation showing that he submitted a request to Kings County Jail personnel requesting confirmation that he filed grievances, but they refused to provide him with such confirmation. (*Id.*)

///

///

///

| | |
|---|---|
| 1 | The Court finds Plaintiff's response to be sufficient to discharge the order to show cause, |
| 2 | and hereby DISCHARGES the order. The Court need not decide the exhaustion matter here, since |
| 3 | failure to exhaust is generally an affirmative defense that a defendant must plead and prove. *Jones* |
| 4 | *v. Bock*, 549 U.S. 199, 216 (2007). |
| 5 | |
| 6 | IT IS SO ORDERED. |
| 7 | Dated:     **December 27, 2019**                    /s/ *Sheila K. Oberto* |
| 8 |                                                                           UNITED STATES MAGISTRATE JUDGE |