UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE G. CHOATE,<br><br>          Plaintiff,<br><br>     v.<br><br>P. FOWLER, et al.,<br><br>          Defendants. | Case No. 1:19-cv-00473-NONE-SKO (PC)<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**<br><br>21-DAY DEADLINE |

On May 8, 2020, Defendant Najm filed a motion to dismiss him from this action. (Doc. 28.) Pursuant to Local Rule 230(l), Plaintiff had 21 days to file an opposition or a statement of non-opposition to the motion. To date, Plaintiff has failed to do so.

Accordingly, the Court ORDERS Plaintiff, **within 21 days**, to show cause in writing why this action should not be dismissed for his failure to prosecute. Alternatively, within that same time, Plaintiff may file an opposition *or* a statement of non-opposition to Defendant Najm's motion to dismiss. **Failure to comply with this order will result in a recommendation that this case be dismissed with prejudice for failure to prosecute.**

IT IS SO ORDERED.

Dated:   **July 1, 2020**                              /s/ *Sheila K. Oberto*
                                                                          UNITED STATES MAGISTRATE JUDGE