UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE G. CHOATE,<br><br>        Plaintiff,<br><br>    v.<br><br>KINGS COUNTY SHERIFF, et al.,<br><br>        Defendants. | No. 1:19-cv-00473-NONE-SKO (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING MOTION TO DISMISS DEFENDANT NAJM<br><br>(Doc. Nos. 28, 31) |

   Plaintiff George G. Choate is detained in county jail and proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On May 8, 2020, defendants filed a motion to dismiss Defendant Najm (sued as "Nauuym") from this action. (Doc. No. 28.) Plaintiff failed to file an opposition or a statement of non-opposition to defendants' motion; but in response to an order to show cause, he stated that he is "dismissing SGT. Najm from this lawsuit since he is not the one who used excessive force." (Doc. No. 30.)

   On July 16, 2020, the assigned magistrate judge filed findings and recommendations, recommending that defendants' motion to dismiss be granted and that Defendant Najm be dismissed from this action with prejudice. (Doc. No. 31.) The magistrate judge provided plaintiff fourteen (14) days to file objections to the findings and recommendations. (*Id.* at 4.) Plaintiff has

not filed objections and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on July 16, 2020 (Doc. No. 31) are adopted in full;
2. Defendants' motion to dismiss (Doc. No. 28) is granted;
3. Defendant Najm (sued as "Nauuym") is dismissed from this action with prejudice; and,
4. This action is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **August 18, 2020**                              Dale A. Drozd
                                                          UNITED STATES DISTRICT JUDGE