UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE G. CHOATE,<br><br>   Plaintiff,<br><br>   v.<br><br>P. FOWLER,<br><br>   Defendant. | Case No. 1:19-cv-00473-NONE-SKO (PC)<br><br>ORDER RENAMING CASE AND DIRECTING DEFENDANT TO FILE RESPONSIVE PLEADING |

On August 18, 2020, District Judge Dale A. Drozd adopted the undersigned's findings and recommendations, granting Defendant Najm's motion to dismiss (Doc. 28) and dismissing him from this action. (Doc. 34.) Defendant Fowler is the sole remaining defendant. Although nearly four months have passed, Defendant Fowler has not filed an answer to Plaintiff's complaint.

Accordingly, the Court ORDERS:

1. The Clerk of the Court is directed to rename this case "*Choate v. Fowler*;" and,

2. Within 21 days of the date of service of this order, Defendant Fowler shall file a responsive pleading to Plaintiff's operative complaint.

IT IS SO ORDERED.

Dated:   **December 14, 2020**          /s/ *Sheila K. Oberto*
                                                          UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28