UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE G. CHOATE,<br><br>            Plaintiff,<br><br>     v.<br><br>P. FOWLER,<br><br>            Defendant. | Case No. 1:19-cv-00473-NONE-SKO (PC)<br><br>**ORDER VACATING ORDER DIRECTING DEFENDANT TO FILE RESPONSIVE PLEADING** |

On December 14, 2020, the Court issued an order directing Defendant Fowler to file a responsive pleading to Plaintiff's operative complaint. (Doc. 35.) However, Defendant Fowler has already filed an answer to the complaint. (Doc. 27.)

Accordingly, the Court ORDERS:

1. The order directing Defendant to file a responsive pleading is VACATED; and,

2. The Clerk of the Court is directed to issue a discovery and scheduling order.

IT IS SO ORDERED.

Dated:  **December 16, 2020**                    /s/ *Sheila K. Oberto*
                                                                        UNITED STATES MAGISTRATE JUDGE