UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE G. CHOATE,<br><br>    Plaintiff,<br><br>v.<br><br>P. FOWLER,<br><br>    Defendant. | Case No. 1:19-cv-00473-NONE-SKO (PC)<br><br>**ORDER GRANTING DEFENDANT'S SECOND MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER**<br><br>(Doc. 43) |

On May 7, 2021, the Court issued an order extending the discovery cutoff date to June 17, 2021. (Doc. 42.) On May 19, 2021, the U.S. Postal Service returned the order as undeliverable to Plaintiff. To date, Plaintiff has not notified the Court of his current address. Pursuant to Local Rule 183(b) and Federal Rule of Civil Procedure 6(a) and (d), Plaintiff has until July 26, 2021, to notify the Court and Defendant of his current address.

Defendant now moves for a second, 60-day extension of the discovery cutoff date. (Doc. 43.) Defendant seeks to take Plaintiff's deposition, but he is unable to serve a deposition notice without Plaintiff's current address. (*Id.* at 2, 3.)

Good cause appearing, the Court GRANTS Defendant's motion. It is HEREBY ORDERED that:

1. The deadline for completing all discovery, including filing motions to compel, is extended to August 17, 2021.

2. The deadline for filing pretrial dispositive motions is extended to October 18, 2021. All other deadlines remain in effect.

IT IS SO ORDERED.

Dated: **June 21, 2021**                    /s/ *Sheila K. Oberto*
                                             UNITED STATES MAGISTRATE JUDGE