UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE G. CHOATE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>P. FOWLER,<br><br>　　　　　　Defendant. | No. 1:19-cv-00473-NONE-SKO (PC)<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION</u><br><br>(Doc. No. 45) |

　　　　Plaintiff George G. Choate is a detainee at a county jail proceeding *pro se* and *in forma pauperis* in this civil rights action brought under 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On May 7, 2021, the assigned magistrate judge issued an order modifying the Discovery and Scheduling Order.  (Doc. No. 42.)  On May 19, 2021, the U.S. Postal Service returned the order as undeliverable to plaintiff.  Pursuant to Local Rule 183(b), if mail directed to a *pro se* plaintiff "is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within sixty-three (63) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute."  Although more than 63 days have passed, plaintiff has failed to notify the court of his current address.

　　　　Accordingly, on August 12, 2021, the assigned magistrate judge issued findings and recommendations, recommending that this action be dismissed without prejudice for plaintiff's

failure to prosecute. (Doc. No. 45.) The findings and recommendations were served on plaintiff and provided him 14 days to file objections thereto. (*Id.* at 2.) Plaintiff has not filed any objections and the time do so has passed.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on August 12, 2021 (Doc. No. 45) are adopted in full;
2. This action is dismissed without prejudice for plaintiff's failure to prosecute; and,
3. The Clerk of the Court is directed to assign a district judge to this action for purposes of closure and to close this case.

IT IS SO ORDERED.

Dated:  **September 17, 2021**

UNITED STATES DISTRICT JUDGE

---

[1] The U.S. Postal Service returned the findings and recommendations as undeliverable on August 20, 2021. Pursuant to Local Rule 182(f), if a *pro se* party fails to notify the court of a change of address, "service of documents at the prior address [of record] of the . . . party shall be fully effective."

2